UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                          Case No. 19-CR-25

ANTWANNE J. LOVE,

      Defendant.

---

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISION**

---

Following his plea of guilty to Conspiracy to Possess with Intent to Distribute Methamphetamine, Defendant Antwanne J. Love was sentenced to 60 months in the custody of the Bureau of Prisons, to be followed by 5 years of supervised release. Love completed his sentence of imprisonment and commenced his term of supervised release on February 15, 2022. On October 7, 2024, Love filed a pro se motion for early termination of supervision based upon his compliance with the rules of supervision up until that time and the progress he had made in obtaining a GED and stabilizing his life. Unfortunately, Love has since been charged with distribution of controlled substances in Outagamie County and is currently facing revocation in of his supervision in this case.

Based upon the foregoing, his motion for early termination of supervision, Dkt. No. 67, is denied.

**SO ORDERED** at Green Bay, Wisconsin this 22nd day of January, 2025.

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge